IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| EDDIE OGLETREE, an individual; ) | |
| GERALD STEPHENS, an individual ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | CIVIL ACTION NO: |
| ) | 3:07CV867-WKW |
| CITY OF AUBURN, a municipality in The ) | |
| State of Alabama; LARRY LANGLEY, an ) | JURY TRIAL DEMANDED |
| individual; LEE LAMAR, an individual; ) | |
| BILL HAM, Jr., an individual; STEVEN ) | |
| A. REEVES, an individual; BILL JAMES, ) | |
| an individual; CHARLES M. DUGGAN, ) | |
| an individual; and CORTEZ LAWRENCE,) | |
| an individual; ) | |
| ) | |
| Defendants, ) | |

RECEIVED 2007 SEP 28 A 10:08 DEBRA P. HACKETT, CLK U.S. DISTRICT COURT MIDDLE DISTRICT ALA

## MOTION TO CONSOLIDATE

**COME NOW** the Plaintiffs, in the above styled cause of action, through counsel, and respectfully request that this cause of action be consolidated with the cause of action styled <u>Chris E. Turner vs. City of Auburn, et al.</u> Civil Action No. 3:07CV162-MEF. As grounds, the Plaintiffs show unto the Court as follows:

1. The issues relating to <u>Turner v. City of Auburn, et al.</u> and the present case are almost identical and involve the exact same Defendants, job positions, claims and request for damages.

2. Plaintiffs herein previously filed a request to join the lawsuit styled <u>Chris Turner v. City of Auburn, et al.</u> but have yet to receive a ruling pursuant to that Motion.

3. Litigating these two case separately would create the risk of inconsistent rulings and verdicts, where the claims, parties and damages are all the same.

SCANNED
pl 9-28-07

Respectfully, the Plaintiffs request that this cause of action be consolidated with Chris Turner v. City of Auburn, et al.

Respectfully submitted,

_____
Richard F. Horsley (HOR023)
**Attorney for Plaintiffs:**
**Gerald Stephens & Eddie Ogletree**

**OF COUNSEL:**
**KING, HORSLEY & LYONS, LLC**
1 Metroplex, Suite 280
Birmingham, Alabama 35209
Telephone: (205) 871-1310
Facsimile: (205) 871-1370
E-mail: rfhala@cs.com

## CERTIFICATE OF SERVICE

I hereby certify that I have electronically filed the foregoing with the Clerk of the Court using electronic filing which will send notification of such filing on this the 25th day of September, 2007.

_____
Richard F. Horsley

**Jeff Bennitt & Associates, LLC**
P.O. Box 383063
Birmingham, Alabama a 35238-3063
Suite 3A 4898 Valleydale Road
Birmingham, Alabama 35242

**City of Auburn**
144 Tichenor Avenue, Ste. 1
Auburn, Alabama 36830

City of Auburn
c/o Larry Langley
144 Tichenor Avenue, Ste. 1
Auburn, Alabama 36830

City of Auburn
c/o Lee Lamar
144 Tichenor Avenue, Ste. 1
Auburn, Alabama 36830

City of Auburn
c/o Bill Ham, Jr.
144 Tichenor Avenue, Ste. 1
Auburn, Alabama 36830

City of Auburn
c/o Steven A. Reeves
144 Tichenor Avenue, Ste. 1
Auburn, Alabama 36830

City of Auburn
c/o Bill James
144 Tichenor Avenue, Ste. 1
Auburn, Alabama 36830

City of Auburn
c/o Charles Duggan
144 Tichenor Avenue, Ste. 1
Auburn, Alabama 36830

City of Auburn
c/o Cortez Lawrence
144 Tichenor Avenue, Ste. 1
Auburn, Alabama 36830