**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   **City of Auburn**
   **c/o Lee Lamar**
   **144 Tichenor Avenue, Ste. 1**
   **Auburn, Alabama  36830**

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X  L. Savage          ☐ Agent
                         ☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery
   L Savage                      10-3-07

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:       ☐ No

   07cv867

3. Service Type
   ☒ Certified Mail      ☐ Express Mail
   ☐ Registered          ☒ Return Receipt for Merchandise
   ☐ Insured Mail        ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number
   (Transfer from service label)  7004 1160 0002 5799 3066

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-154

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   **City of Auburn**
   **c/o Steven A. Reeves**
   **144 Tichenor Avenue, Ste. 1**
   **Auburn, Alabama  36830**

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X  L. Savage          ☐ Agent
                         ☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery
   L Savage                      10-3-07

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:       ☐ No

   3:07cv867

3. Service Type
   ☐ Certified Mail      ☐ Express Mail
   ☐ Registered          ☒ Return Receipt for Merchandise
   ☐ Insured Mail        ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number
   (Transfer from service label)  7004 1160 0002 5799 3042

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-154

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   **City of Auburn**
   **c/o Bill James**
   **144 Tichenor Avenue, Ste. 1**
   **Auburn, Alabama  36830**

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X  L. Savage          ☐ Agent
                         ☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery
   L Savage                      10-3-07

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:       ☐ No

   07cv867

3. Service Type
   ☒ Certified Mail      ☐ Express Mail
   ☐ Registered          ☒ Return Receipt for Merchandise
   ☐ Insured Mail        ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number
   (Transfer from service label)  7004 1160 0002 5799 3035

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

## Receipt 1

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   City of Auburn
   c/o Charles Duggan
   144 Tichenor Avenue, Ste. 1
   Auburn, Alabama 36830

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _Savage_ ☐ Agent ☐ Addressee

B. Received by (Printed Name): L Savage
C. Date of Delivery: 10-3-07

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

_nauser_

3. Service Type
   ☑ Certified Mail  ☐ Express Mail
   ☐ Registered     ☑ Return Receipt for Merchandise
   ☐ Insured Mail   ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☐ Yes

2. Article Number (Transfer from service label): 7004 1160 0002 5799 3011

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-154

## Receipt 2

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   City of Auburn
   c/o Bill Ham, Jr.
   144 Tichenor Avenue, Ste. 1
   Auburn, Alabama 36830

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _Savage_ ☐ Agent ☐ Addressee

B. Received by (Printed Name): L. Savage
C. Date of Delivery: 10-3-07

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

_nauser_

3. Service Type
   ☑ Certified Mail  ☐ Express Mail
   ☐ Registered     ☑ Return Receipt for Merchandise
   ☐ Insured Mail   ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☐ Yes

2. Article Number (Transfer from service label): 7004 1160 0002 5799 3059

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540

## Receipt 3

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   City of Auburn
   144 Tichenor Avenue, Ste. 1
   Auburn, Alabama 36830

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _Savage_ ☐ Agent ☐ Addressee

B. Received by (Printed Name): L. Savage
C. Date of Delivery: 10-3-07

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

2: _nauser_

3. Service Type
   ☑ Certified Mail  ☐ Express Mail
   ☐ Registered     ☑ Return Receipt for Merchandise
   ☐ Insured Mail   ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☐ Yes

2. Article Number (Transfer from service label): 7004 1160 0002 5799 3073

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   City of Auburn
   c/o Larry Langley
   144 Tichenor Avenue, Ste. 1
   Auburn, Alabama 36830

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X _L. Savage_   ☐ Agent  ☐ Addressee

B. Received by (Printed Name): L. Savage
C. Date of Delivery: 10-3-07

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

   3:07cv867

3. Service Type
   ☑ Certified Mail   ☐ Express Mail
   ☐ Registered       ☑ Return Receipt for Merchandise
   ☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Transfer from service label): 7004 1160 0002 5799 2496

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-154

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   City of Auburn
   c/o Cortez Lawrence
   144 Tichenor Avenue, Ste. 1
   Auburn, Alabama 36830

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X _L. Savage_   ☐ Agent  ☐ Addressee

B. Received by (Printed Name): L. Savage
C. Date of Delivery: 10-3-07

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

   07cv867

3. Service Type
   ☑ Certified Mail   ☐ Express Mail
   ☐ Registered       ☑ Return Receipt for Merchandise
   ☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Transfer from service label): 7004 1160 0002 5799 3080

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540