IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| EDDIE OGLETREE, *et al.*, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Case No. 3:07-cv-0867-WKW |
| ) | |
| CITY OF AUBURN, *et al.*, ) | |
| ) | |
| Defendants. ) | |

## **ORDER**

It is ORDERED that the defendants shall show cause in writing **on or before November 30, 2007**, why the plaintiffs' motion to consolidate (Doc. # 2) should not be granted.

DONE this the 15th day of November, 2007.

                                              /s/ W. Keith Watkins
                                     UNITED STATES DISTRICT JUDGE