IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| **EDDIE OGLETREE**, an individual; **GERALD STEPHENS**, an individual | ) ) ) | |
| Plaintiff, | ) ) | |
| vs. | ) ) | CIVIL ACTION NO: 3:07-cv-867-WKW |
| **CITY OF AUBURN**, a municipality in The State of Alabama; **LARRY LANGLEY**, an individual; **LEE LAMAR**, an individual; **BILL HAM, Jr.**, an individual; **STEVEN A. REEVES**, an individual; **BILL JAMES**, an individual; **CHARLES M. DUGGAN**, an individual; and **CORTEZ LAWRENCE**, an individual; | ) ) ) ) ) ) ) ) ) ) | JURY TRIAL DEMANDED |
| Defendants, | ) | |

**CORPORATE/CONFLICT DISCLOSURE STATEMENT**

**COMES NOW** Eddie Ogletree, a Plaintiff in the above-captioned matter, and in accordance with the Order of this Court, making the following disclosure concerning parent companies, subsidiaries, partners, limited liability entity members and managers, trustees (but not trust beneficiaries), affiliates, or similar entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:

☒ This party is an individual, or

☐ This party is a governmental entity, or

☐ There are no entities to be reported, or

☐ The following entities and their relationship to the party are hereby reported:

| Reportable Entity | Relationship to Party |
|---|---|
| _____ | _____ |
| _____ | _____ |
| _____ | _____ |
| _____ | _____ |

**IN THE UNITED STATES DISTRICT COURT<br>
FOR THE MIDDLE DISTRICT OF ALABAMA<br>
EASTERN DIVISION**

| | |
|---|---|
| 11/1/2007 | /s/ Richard F. Horsley |
| Date | Richard F. Horsley |
| | *(Counsel's Name)* |
| | Eddie Ogletree and Gerald Stephens |
| | *Counsel for (print names of all parties)* |
| | Eddie Ogletree and Gerald Stephens |
| | c/o Richard F. Horsley |
| | King, Horsley & Lyons |
| | 1 Metroplex Drive, Suite 280 |
| | Birmingham, Alabama 35209 |
| | *Address, City, State and Zip Code* |
| | (205) 871-1310 |
| | Telephone Number |

**CERTIFICATE OF SERVICE**

 I, Richard F. Horsley, do hereby Certify that a true and correct copy of the foregoing has been furnished by electronic mail and U.S. Mail (manner of service, i.e., U.S. Mail, electronic mail, etc.) on this 30th day of November, 2007, to:

**Randall Morgan, Esquire<br>
425 South Perry Street<br>
Montgomery, Alabama 36104**