IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| EDDIE OGLETREE, *et al.*, ) | |
| ) | |
|    Plaintiffs, ) | |
| ) | |
| v. ) | Case No. 3:07-cv-0867-WKW |
| ) | |
| CITY OF AUBURN, *et al.*, ) | |
| ) | |
|    Defendants. ) | |

**ORDER**

Upon consideration of the plaintiffs' Motion to Consolidate (Doc. # 2) and the defendants' responses in opposition thereto (Docs. # 7, # 19, & # 28), it is ORDERED that the plaintiffs' Motion to Consolidate (Doc. # 2) is DENIED.

DONE this 6th day of December, 2007.

                                          /s/   W. Keith Watkins
                                      UNITED STATES DISTRICT JUDGE