IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| EDDIE OGLETREE, an individual, )<br>GERALD STEPHENS, an individual, )<br> )<br>Plaintiffs, )<br> )<br>v. )<br> )<br>CITY OF AUBURN, a municipality in )<br>The State of Alabama; LARRY LANGLEY, )<br>an individual; LEE LAMAR, an individual; )<br>BILL HAM, JR., an individual; )<br>STEVEN A. REEVES, an individual; BILL )<br>JAMES, an individual; CHARLES M. )<br>DUGGAN, an individual; and CORTEZ )<br>LAWRENCE, an individual, )<br> )<br>Defendants. ) | CASE NO: 3:07-cv-867-WKW |

## MOTION FOR ENLARGEMENT OF TIME

COME NOW Defendants City of Auburn, Larry Langley, Lee Lamar, Bill Ham, Jr., Steven A. Reeves, Bill James and Charles M. Duggan and respectfully request a one week extension to file the parties' Rule 26(f) Plan or until January 4, 2008. As grounds these Defendants show unto the Court: Plaintiffs have recently filed a motion to consolidate discovery. Due to the holidays, the parties have not yet been able to finalize the report.

Respectfully submitted this 28th day of December, 2007.

/s/ *Randall Morgan*
RANDALL MORGAN [MORG8350]
Attorney for Defendants City of
Auburn, Larry Langley, Lee Lamar
Bill Ham, Jr., Steven A. Reeves, Bill
James and Charles M. Duggan

1

OF COUNSEL:
**HILL, HILL, CARTER, FRANCO,
   COLE & BLACK, P.C.**
425 South Perry Street
Montgomery, Alabama 36104
334-834-7600

## CERTIFICATE OF SERVICE

I hereby certify that on this the 28th day of December 2007, I have electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification to the following via email:

Richard F. Horseley, Esq.
King, Horsley & Lyons, LLC
1 Metroplex, Suite 280
Birmingham, Alabama 35209

/s/ *Randall Morgan*
OF COUNSEL