IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| EDDIE OGLETREE, *et al.*, | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | )   CASE NO. 3:07-cv-867-WKW |
| | ) |
| CITY OF AUBURN, *et al.*, | ) |
| | ) |
| Defendants. | ) |

## **ORDER**

Upon consideration of the defendants' Motion for Enlargement of Time (Doc. # 32), it is ORDERED that the motion is GRANTED. The deadlines for filing the Rule 26(f) Report is extended from **December 28, 2007** to **January 4, 2008.**

DONE this the 28th day of December, 2007.

/s/  W.  Keith Watkins
UNITED STATES DISTRICT JUDGE