IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| **EDDIE OGLETREE**, an individual; **GERALD STEPHENS**, an individual | ) ) ) | |
| Plaintiff, | ) ) | |
| vs. | ) ) | **CIVIL ACTION NO:** **3:07-cv-867-WKW** |
| **CITY OF AUBURN**, a municipality in The State of Alabama; **LARRY LANGLEY**, an individual; **LEE LAMAR**, an individual; **BILL HAM, Jr.**, an individual; **STEVEN A. REEVES**, an individual; **BILL JAMES**, an individual; **CHARLES M. DUGGAN**, an individual; and **CORTEZ LAWRENCE**, an individual; | ) ) ) ) ) ) ) ) ) | **JURY TRIAL DEMANDED** |
| Defendants, | ) | |

___

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| **CHRIS E. TURNER**, | ) ) | |
| Plaintiff, | ) ) | |
| vs. | ) ) | **CIVIL ACTION NO: 3:07cv162-MEF** |
| **CITY OF AUBURN**, a municipality if The State of Alabama; **LARRY LANGLEY**, an individual; **LEE LAMAR**, an individual; **BILL HAM, Jr.**, an individual; **STEVEN A. REEVES**, an individual; **BILL JAMES**, an individual; **DAVID WATKINS**, an individual; **CHARLES M. DUGGAN**, an individual; and **CORTEZ LAWRENCE**, an individual; | ) ) ) ) ) ) ) ) ) ) | **JURY TRIAL DEMANDED** |
| Defendants, | ) | |

### PLAINTIFFS' MOTION FOR LEAVE TO RESPOND TO THE DEFENDANTS' OPPOSITION TO THE PLAINTIFFS' MOTION TO CONSOLIDATE

**COME NOW** the Plaintiffs, through counsel, and respectfully requests leave of Court to respond to the Defendants' Opposition to the Plaintiffs' Motion to Consolidate for Discovery Purposes. As grounds, the Plaintiffs show unto the Court as follows:

1. The Plaintiffs feel that it is necessary to respond to the Defendants' Opposition since the Opposition is based largely on the Defendants' same Opposition to the Plaintiffs' Motion to Consolidate both cases for discovery and trial.

2. The reasons for discovery consolidation and trial consolidation are different, and the Defendants reasons for opposing consolidation for trial should not apply to the Plaintiffs' Motion to Consolidate for discovery. For that reason, the Plaintiffs respectfully request leave of Court to respond to the Defendants' Opposition.

Respectfully submitted,

/s/ Richard F. Horsley
Richard F. Horsley   HOR023

**OF COUNSEL:**
**GOOZEE, KING & HORSLEY, LLP**
1 Metroplex, Suite 280
Birmingham, AL 35209
Telephone: (205) 871-1310
Facsimile: (205) 871-1370
E-mail: rfhala@cs.com

## CERTIFICATE OF SERVICE

  I, Richard F. Horsley, do hereby Certify that a true and correct copy of the foregoing has been furnished by electronic mail and U.S. Mail (manner of service, i.e., U.S. Mail, electronic mail, etc.) on this 29th day of January, 2008, to:

**Jeff Bennitt & Associates, LLC**
**P.O. Box 383063**
**Birmingham, Alabama a 35238-3063**
**Suite 3A 4898 Valleydale Road**
**Birmingham, Alabama 35242**
**Telephone: (205) 408-7240**
**Facsimile: (205) 408-9236**
**E-mail: [Bennittlaw@aol.com](mailto:Bennittlaw@aol.com)**

**Wanda D. Deveraux, Esquire**
**Deveraux & Associates, LLC**
**2800 Zelda Road, Suite 200-2**
**Montgomery, Alabama 36106**
**Telephone: (334) 396-5006**
**Facsimile: (334) 396-3774**
**E-mail: [wdd@devxllc.com](mailto:wdd@devxllc.com)**

**Randall Morgan, Esquire**
**Hill, Hill, Carter, Franco, Cole & Black PC**
**425 South Perry Street**
**Montgomery, Alabama 36104**
**Telephone: (334) 834-7600**
**Facsimile: (334) 262-4389**
E-mail: morgan@hillhillcarter.com