**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF ALABAMA**
**EASTERN DIVISION**

| | | |
|---|---|---|
| **EDDIE OGLETREE, an individual;** | ) | |
| **GERALD STEPHENS, an individual** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **vs.** | ) | **CIVIL ACTION NO:** |
| | ) | **3:07-cv-867-WKW** |
| **CITY OF AUBURN**, a municipality in The | ) | |
| State of Alabama; **LARRY LANGLEY**, an | ) | **JURY TRIAL DEMANDED** |
| individual; **LEE LAMAR**, an individual; | ) | |
| **BILL HAM, Jr.**, an individual; **STEVEN** | ) | |
| **A.REEVES**, an individual; **BILL JAMES,** | ) | |
| an individual; **CHARLES M. DUGGAN**, | ) | |
| an individual; and **CORTEZ LAWRENCE,** | ) | |
| an individual; | ) | |
| | ) | |
| **Defendants,** | ) | |

## I.    WITNESSES

1.    Eddie Ogletree
      106 Pioneer Drive
      La Grange, Georgia 30240

Mr. Ogletree has extensive knowledge about the facts and circumstances of the

allegations made the subject of this claim considering that he is a Plaintiff.

2.    Gerald Stevens
      828 Cahaba Drive
      Auburn, Alabama  36830

Mr. Stevens has extensive knowledge about the facts and circumstances of the allegations

made the subject of this claim considering that he is a Plaintiff.

3.    Chris Turner
      c/o Jeff Bennitt, Esquire
      4898 Valleydale Road, Suite A3
      Birmingham, Alabama 35242

Mr. Ogletree has extensive knowledge about the facts and circumstances of the allegations made the subject of this claim considering that he the Plaintiff in a companion case against the same Defendants.

4.    Marzilla Ogletree
      106 Pioneer Drive
      La Grange, Georgia 30240

Mrs. Ogletree has personal knowledge about the facts and circumstances of the allegations made the subject of this claim.

5.    Mrs. Stevens (wife of Gerald Stevens)
      828 Cahaba Drive
      Auburn, Alabama  36830

Mrs. Stevens has personal knowledge about the facts and circumstances of the allegations made the subject of this claim.

6.    Delner Franklin-Thomas
      District Director EEOC
      Ridge Park Place
      1130 22nd Street, Suite 2000
      Birmingham, Alabama   35205

Delner Franklin may have personal knowledge about the facts and circumstances of this allegations made the subject of this claim.

7.    Larry Langley
      c/o Randall Morgan, Esquire
      Hill, Hill, Carter, Franco, Cole & Black PC
      425 South Perry Street
      Montgomery, Alabama 36104

Larry Langley has personal knowledge about the facts and circumstances of the allegations made the subject of this claim.

8.    Lee Lamar
      c/o Randall Morgan, Esquire
      Hill, Hill, Carter, Franco, Cole & Black PC
      425 South Perry Street
      Montgomery, Alabama 36104

Lee Lamar has personal knowledge about the facts and circumstances of the allegations

made the subject of this claim.

9.    Bill Ham, Jr.
      c/o Randall Morgan, Esquire
      Hill, Hill, Carter, Franco, Cole & Black PC
      425 South Perry Street
      Montgomery, Alabama 36104

Bill Ham, Jr. has personal knowledge about the facts and circumstances of the allegations

made the subject of this claim.

10.   Steven A. Reeves
      c/o Randall Morgan, Esquire
      Hill, Hill, Carter, Franco, Cole & Black PC
      425 South Perry Street
      Montgomery, Alabama 36104

Steven A. Reeves has personal knowledge about the facts and circumstances of the

allegations made the subject of this claim.

11.   Bill James
      c/o Randall Morgan, Esquire
      Hill, Hill, Carter, Franco, Cole & Black PC
      425 South Perry Street
      Montgomery, Alabama 36104

Bill James has personal knowledge about the facts and circumstances of the allegations

made the subject of this claim.

12.   Charles Duggan
      c/o Randall Morgan, Esquire
      Hill, Hill, Carter, Franco, Cole & Black PC
      425 South Perry Street
      Montgomery, Alabama 36104

Charles Duggan has personal knowledge about the facts and circumstances of the

allegations made the subject of this claim.

13.    Cortez Lawrence
       c/o Randall Morgan, Esquire
       Hill, Hill, Carter, Franco, Cole & Black PC
       425 South Perry Street
       Montgomery, Alabama 36104

Cortez Lawrence has personal knowledge about the facts and circumstances of the

allegations made the subject of this claim.

14.    Douglas Watson (former City Manager)
       Address Unknown

Douglas Watson may have personal knowledge about the facts and circumstances of the

allegations made the subject of this claim.

15.    William H. James
       City of Auburn Public Safety
       161 North Ross Street
       Auburn, Alabama  36830

William H. James may have personal knowledge about the facts and circumstances of the

allegations made the subject of this claim.

16.    Horace Clanton
       Address Unknown

Horace Clanton may have personal knowledge about the facts and circumstances of the

allegations made the subject of this claim.

17.    Rodney Hartsfield
       Address Unknown

Rodney Hartsfield may have personal knowledge about the facts and circumstances of the

allegations made the subject of this claim.

18. Matthew Jordon
    Address Unknown

Matthew Jordan may have personal knowledge about the facts and circumstances of the

allegations made the subject of this claim.

19. Joseph Louhorn
    Address Unknown

Joseph Louhorn may have personal knowledge about the facts and circumstances of the

allegations made the subject of this claim.

20. Jason Brown
    Address Unknown

Jason Brown may have personal knowledge about the facts and circumstances of the

allegations made the subject of this claim.

21. Paden Payton
    348 Cherokee Road
    Thorsby, Alabama  35171

Paden Payton may have personal knowledge about the facts and circumstances of the

allegations made the subject of this claim.

22. Auburn City Counsel Members
    c/o City of Auburn
    144 Tichenor Avenue, Ste. 1
    Auburn, Alabama  36830

Auburn of City Counsel Members may have personal knowledge about the facts and

circumstances of the allegations made the subject of this claim.

23. Joey Darby
    c/o City of Auburn
    144 Tichenor Avenue, Ste. 1
    Auburn, Alabama  36830

Joey Darby may have personal knowledge about the facts and circumstances of the

allegations made the subject of this claim.

      24.    Terry Walker
             c/o City of Auburn
             144 Tichenor Avenue, Ste. 1
             Auburn, Alabama  36830

Terry Walker may have personal knowledge about the facts and circumstances of the

allegations made the subject of this claim.

      25.    Ronnie Blakenship
             c/o City of Auburn
             144 Tichenor Avenue, Ste. 1
             Auburn, Alabama  36830

Ronnie Blakenship may have personal knowledge about the facts and circumstances of

the allegations made the subject of this claim.

      26.    Stephanie King
             c/o City of Auburn
             144 Tichenor Avenue, Ste. 1
             Auburn, Alabama  36830

Stephanie King may have personal knowledge about the facts and circumstances of the

allegations made the subject of this claim.

      27.    Joe S. Bailey
             Address Unknown

Joe S. Bailey may have personal knowledge about the facts and circumstances of the

allegations made the subject of this claim.

      28.    Michael Thee
             Address Unknown

Michael Thee may have personal knowledge about the facts and circumstances of the

allegations made the subject of this claim.

      29.    Casey McLeod
             Address Unknown

Casey McLeod may have personal knowledge about the facts and circumstances of the

allegations made the subject of this claim.

> 30.   Dean Garrett
>        c/o Randall Morgan, Esquire
>        Hill, Hill, Carter, Franco, Cole & Black PC
>        425 South Perry Street
>        Montgomery, Alabama 36104

Dean Garrett may have personal knowledge about the facts and circumstances of the

allegations made the subject of this claim.

> 31.   Stephanie King
>        c/o City of Auburn
>        144 Tichenor Avenue, Ste. 1
>        Auburn, Alabama  36830

Stephanie King may have personal knowledge about the facts and circumstances of the

allegations made the subject of this claim.

> 32.   Amy Weaver
>        c/o Auburn Opelika News
>        2901 Society Hill Road
>        Opelika, Alabama 36804

Amy Weaver may have personal knowledge about the facts and circumstances of the

allegations made the subject of this claim.

> 33.   Lindsey Field
>        c/o Auburn Opelika News
>        2901 Society Hill Road
>        Opelika, Alabama 36804

Lindsey Field may have personal knowledge about the facts and circumstances of the

allegations made the subject of this claim.

> 34.   Clinton V. Hammock
>        Address Unknown

Clinton V. Hammock may have personal knowledge about the facts and circumstances of

the allegations made the subject of this claim.

      35.    Jimmy Lee Brown
               Address Unknown

Jimmy Lee Brown may have personal knowledge about the facts and circumstances of the

allegations made the subject of this claim.

      36.    Windell Willis
               Address Unknown

Windell Willis may have personal knowledge about the facts and circumstances of the

allegations made the subject of this claim.

      37.    James Lyle
               Address Unkown

James Lyle may have personal knowledge about the facts and circumstances of the

allegations made the subject of this claim.

      38.    Tommy James
               Address Unknown

Tommy James may have personal knowledge about the facts and circumstances of the

allegations made the subject of this claim.

      39.    Kenneth Lee Smith
               Address Unknown

Kenneth Lee Smith may have personal knowledge about the facts and circumstances of

the allegations made the subject of this claim.

      40.    Ron Jones
               Address Unknown

Ron Jones may have personal knowledge about the facts and circumstances of the

allegations made the subject of this claim.

41.    Dexter Card
       Address Unknown

Dexter Card may have personal knowledge about the facts and circumstances of the

allegations made the subject of this claim.

42.    William Felton
       Address Unknown

William Felton may have personal knowledge about the facts and circumstances of the

allegations made the subject of this claim.

43.    Thomas Scott
       Address Unknown

Thomas Scott may have personal knowledge about the facts and circumstances of the

allegations made the subject of this claim.

44.    Steve Heart
       Address Unknown

Steve Heart may have personal knowledge about the facts and circumstances of the

allegations made the subject of this claim.

45.    Larry Stanley
       Address Unknown

Larry Stanley may have personal knowledge about the facts and circumstances of the

allegations made the subject of this claim.

46.    Gary Jones
       Address Unknown

Gary Jones  may have personal knowledge about the facts and circumstances of the

allegations made the subject of this claim.

47.    Douglas Watson
       Address Unknown

Douglas Watson may have personal knowledge about the facts and circumstances of the allegations made the subject of this claim.

48.    Jan Dempsey
       Address Unknown

Jan Dempsey may have personal knowledge about the facts and circumstances of the allegations made the subject of this claim.

49.    Ron Tejeda
       Address Unknown

Ron Tejeda may have personal knowledge about the facts and circumstances of the allegations made the subject of this claim.

50.    Ellis Mitchell
       Address Unknown

Ellis Mitchell may have personal knowledge about the facts and circumstances of the allegations made the subject of this claim.

## II. PLAINTIFF'S DOCUMENTS

1.    Grievances submitted to the City of Auburn by Plaintiff Gerald Stevens;

2.    Grievances submitted to the City of Auburn by Eddie Ogletree ;

3.    Grievances submitted to the City of Auburn by Chris Turner;

4.    EEOC Charge for Eddie Ogletree;

5.    EEOC Charge for Gerald Stevens;

6.    EEOC Charge for Chris Turner;

7.    Eddie Ogletree Performance Appraisals;

8.    Gerald Stevens Performance Appraisals;

9.    Any and all written communications between the City of Auburn and Eddie Ogletree;

10. Any and all written communications between the City of Auburn and Gerald Stevens;

11. Any and all written communications between the City of Auburn and Chris Turner;

12. Auburn Opelika News Internet report dated August 3, 2007;

13. Grievance hearing report dated July 25, 2006 for Eddie Ogletree and Gerald Stevens;

14. Auburn Opelika News report dated June 23, 2007;

15. All written communications between any City of Auburn employee and Eddie Ogletree;

16. All written communications between any City of Auburn employee and Gerald Stevens;

17. All written communications between any City of Auburn employee and Chris Turner;

18. Auburn Fire Division Orientation Manual;

19. CWH Research Inc. example written excercise;

20. Hammock v. City of Auburn Order approving settlement dated November 17, 1988;

21. Hammock v. City of Auburn Settlement Agreement and Order dated February 15, 1991.

### III. DAMAGES

1. The Plaintiffs' total damages cannot currently be calculated, although the Plaintiffs are each claiming damages for the denial of promotions, lost wages, mental anguish, and emotional distress, equitable relief, punitive damages and all other relief and damages as justice may require.

## IV. INSURANCE AGREEMENT

_____1.     Not applicable.

Respectfully submitted,

_____
**Richard F. Horsley    HOR023**
**Attorney for Plaintiff**

**OF COUNSEL:**
**KING, HORSLEY & LYONS**
**1 Metroplex Drive, Suite 280**
**Birmingham, Alabama 35209**
**(205) 871-1310**

## CERTIFICATE OF SERVICE

_____I hereby certify that I have served a copy of the above and foregoing Disclosures on all counsel of records listed below by placing a copy of same in the United States Mail, first class, postage pre-paid on this the 4th day of February, 2008.

**Randall Morgan, Esquire**
**Hill, Hill, Carter, Franco, Cole & Black PC**
**425 South Perry Street**
**Montgomery, Alabama 36104**

_____
**OF COUNSEL**
