IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| **EDDIE OGLETREE**, an individual;  ) | |
| **GERALD STEPHENS**, an individual  ) | |
|                                     ) | |
| **Plaintiff,**                      ) | |
|                                     ) | |
| vs.                                 ) | **CIVIL ACTION NO:** |
|                                     ) | **3:07-cv-867-WKW** |
| **CITY OF AUBURN**, a municipality in The ) | |
| State of Alabama; **LARRY LANGLEY**, an ) | **JURY TRIAL DEMANDED** |
| individual; **LEE LAMAR**, an individual; ) | |
| **BILL HAM, Jr.**, an individual; **STEVEN** ) | |
| **A. REEVES**, an individual; **BILL JAMES**, ) | |
| an individual; **CHARLES M. DUGGAN**, ) | |
| an individual; and **CORTEZ LAWRENCE,**) | |
| an individual;                      ) | |
|                                     ) | |
| **Defendants,**                     ) | |

## NOTICE OF SERVICE OF DOCUMENTS

**PLEASE TAKE NOTICE** that the following discovery documents have been filed on behalf of Plaintiff, Jane Doe:

- (**X**)  Interrogatories
- (  )  Answers to Interrogatories
- (**X**)  Request for Production of Documents
- (  )  Responses to Request for Production of Documents
- (  )  Request for Admissions
- (  )  Response to Request for Admissions
- (  )  Notice of Intent to Serve Subpoena
- (  )  Notice of Taking Deposition
- (  )  Other:

                                            **/s/ Richard F. Horsley**
                                            **Richard F. Horsley**
                                            **Attorney for Plaintiff**

**OF COUNSEL:**
**KING, HORSLEY & LYONS**
**1 Metroplex Drive, Suite 280**
**Birmingham, Alabama  35209**
**(205) 871-1310**

## CERTIFICATE OF SERVICE

_____I hereby certify that I have served a copy of the above and foregoing Notice on all counsel of records listed below by placing a copy of same in the United States Mail, first class, postage pre-paid on this the 5th day of March, 2008.

**Randall Morgan, Esquire**
**Hill, Hill, Carter, Franco, Cole & Black PC**
**425 South Perry Street**
**Montgomery, Alabama 36104**

/s/ Richard F. Horsley
OF COUNSEL