IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| EDDIE OGLETREE, *et al.*, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Case No. 3:07-cv-0867-WKW |
| ) | |
| CITY OF AUBURN, *et al.*, ) | |
| ) | |
| Defendants. ) | |

## **ORDER**

Upon consideration of the defendants' Motion for Leave to Amend Answer (Doc. # 46), it is ORDERED that the motion is GRANTED. The defendants shall file an exact duplicate of the proposed second amended answer (Doc. # 46-3) **on or before March 26, 2008** in compliance with Section II.A.5 of the *CM/ECF Administrative Procedures of the Middle District of Alabama*.

DONE this 19th day of March, 2008.

/s/ W. Keith Watkins
UNITED STATES DISTRICT JUDGE