| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY | |
|---|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Received by *(Please Print Clearly)*<br>L. Lester | B. Date of Delivery |
| | C. Signature<br>X  *[signature]* | ☐ Agent<br>☐ Addressee |
| | D. Is delivery address different from item 1?  ☐ Yes<br>If YES, enter delivery address below:  ☐ No | |
| 1. Article Addressed to:<br><br>CWH RESEARCH, INC.<br>9085 E. Mineral Circle<br>Suite 350<br>Englewood, Colorado 80112<br><br>07cv867   3rd pty S + Cmp | 3. Service Type<br>☒ Certified Mail   ☐ Express Mail<br>☐ Registered   ☐ Return Receipt for Merchandise<br>☐ Insured Mail   ☐ C.O.D. | |
| | 4. Restricted Delivery? *(Extra Fee)*   ☐ Yes | |
| 2. Article Number *(Copy from service label)* | 7004 1160 0001 9077 2803 | |
| PS Form 3811, July 1999 | Domestic Return Receipt | 102595-00-M-0952 |