IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| EDDIE OGLETREE, and individual, )<br>GERAL STEPHENS, an individual, )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>CITY OF AUBURN, et al., )<br>)<br>Defendants. )<br>)<br>CWH RESEARCH, INC., )<br>)<br>Third-Party Defendant ) | CV: 3:07-cv-867-WKW |

## CORPORATE DISCLOSURE STATEMENT

COMES NOW CWH Research, Inc. a defendant in the above-captioned matter, and in accordance with the order of this Court, making the following disclosure concerning parent companies, subsidiaries, partners, limited liability entity members and managers, trustees (but not trust beneficiaries), affiliates, or similar entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:

\_\_\_    This party is an individual, or

\_\_\_    This party is a governmental entity, or

 X     There are no entities to be reported, or

\_\_\_    The following entities and their relationship to the party are hereby reported:

| Reportable Entity | Relationship to Party |
|---|---|
| _____ | _____ |
| _____ | _____ |

741593-1

/s/ William K. Hancock
William K. Hancock

Attorney for CWH Research, Inc.

OF COUNSEL:
ADAMS & REESE LLP
2100 3rd Avenue North, Suite 1100
Birmingham, AL 35203
Telephone: (205) 250-5000
Facsimile: (205) 250-5034

## CERTIFICATE OF SERVICE

I hereby certify that on June 10, 2008, I electronically filed same using the CMEF system which will electronically notify all attorneys of record.

Richard F. Horsley
King, Horsley & Lyons, LLC
1 Metroplex, Suite 280
Birmingham, AL 35209

Randall Morgan
Hill Hill Carter
P.O. Box 116
Montgomery, AL 36101-0116

/s/ William K. Hancock
OF COUNSEL

741593-1