IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| **EDDIE OGLETREE**, an individual;  )<br>**GERALD STEPHENS**, an individual  )<br>                                            )<br>     **Plaintiff,**                         )<br>                                            )<br>vs.                                        )<br>                                            )<br>**CITY OF AUBURN**, a municipality in The )<br>State of Alabama; **LARRY LANGLEY**, an )<br>individual; **LEE LAMAR**, an individual; )<br>**BILL HAM, Jr.**, an individual; **STEVEN** )<br>**A. REEVES**, an individual; **BILL JAMES**, )<br>an individual; **CHARLES M. DUGGAN**, )<br>an individual; and **CORTEZ LAWRENCE**,)<br>an individual;                              )<br>                                            )<br>     **Defendants,**                        ) | CIVIL ACTION NO:<br>3:07-cv-867-WKW<br><br>JURY TRIAL DEMANDED |

**MOTION FOR LEAVE TO AMEND THE COMPLAINT**

**COME NOW** the Plaintiffs through counsel, and respectfully request leave of Court to amend the Complaint in the above styled cause of action as follows:

1. The Complaint states claims for damages for compensatory damages; however, does not specifically detail those damages.

2. Plaintiffs request permission for leave of Court to amend the Complaint in order to specify the categories of compensatory damages for which the Plaintiffs are seeking in r recovery.

Respectfully submitted,

/s/ Richard F. Horsley
**Richard F. Horsley    HOR023**
**Attorney for Plaintiffs**

**OF COUNSEL:**
**KING, HORSLEY & LYONS**
**1 Metroplex Drive, Suite 280**
**Birmingham, Alabama 35209**
**(205) 871-1310**

## CERTIFICATE OF SERVICE

_____I hereby certify that I have served a copy of the above and foregoing Motion on all counsel of records listed below by placing a copy of same in the United States Mail, first class, postage pre-paid on this the 13th day of June, 2008.

**Randall Morgan, Esquire**
**Hill, Hill, Carter, Franco, Cole & Black PC**
**425 South Perry Street**
**Montgomery, Alabama 36104**

/s/ Richard F. Horsley
OF COUNSEL