IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| EDDIE OGLETREE, an individual, ) <br> GERALD STEPHENS, an individual, ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> CITY OF AUBURN, a municipality in ) <br> The State of Alabama; LARRY LANGLEY, ) <br> an individual; LEE LAMAR, an individual; ) <br> BILL HAM, JR., an individual; ) <br> STEVEN A. REEVES, an individual; BILL ) <br> JAMES, an individual; CHARLES M. ) <br> DUGGAN, an individual; and CORTEZ ) <br> LAWRENCE, an individual, ) <br> ) <br> Defendants. ) | CASE NO: 3:07-cv-867-WKW |

## MOTION TO WITHDRAW

COME NOW, Randall Morgan, Elizabeth Brannen Carter, and the Firm of Hill, Hill, Carter, Franco, Cole & Black and show unto the Court that through inadvertence, they have been listed as attorney of record for Cortez Lawrence in this case. Mr. Lawrence has not been served and these attorneys have not filed any notice of appearance nor pleading on his behalf. However, to correct the Clerk's records, the undersigned respectfully request this Court to enter an Order allowing them to withdraw from the representation of Cortez Lawrence to the extent they are construed to be his attorneys at this point.

/S/ *Randall Morgan*
Randall Morgan [8350-R70R]
Elizabeth Brannen Carter [3272-C-38-E]
Counsel for Defendants City of Auburn, Larry Langley, Lee Lamar, Bill Ham, Jr., Steven A. Reeves, Bill James and Charles M. Duggan

1

OF COUNSEL:

**HILL, HILL, CARTER, FRANCO
 COLE & BLACK, P.C.**
Post Office Box 116
Montgomery, Alabama  36101-0116
(334) 834-7600 phone
(334) 263-5969 fax
Rmorgan@HillHillCarter.com
Ecarter@HillHillCarter.com

## **CERTIFICATE OF SERVICE**

      I hereby certify that on this the 18th day of June, 2008, I have electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification to the following via email:

Richard F. Horseley, Esq.
King, Horsley & Lyons, LLC
1 Metroplex, Suite 280
Birmingham, Alabama 35209

William K. Hancock, Esq.
Adams & Reese, LLP
2100 Third Avenue North, Suite 1100
Birmingham, Alabama 35203

                      /s/ *Randall Morgan*
                      OF COUNSEL