IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| EDDIE OGLETREE, *et al.*, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | Case No. 3:07-cv-0867-WKW |
| | ) | |
| CITY OF AUBURN, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

## **ORDER**

Upon consideration of the Motion to Withdraw (Doc. # 66) from the representation of Defendant Cortez Lawrence ("Lawrence"), filed by Randall Morgan and Elizabeth Brannen Carter, it is ORDERED that, to the extent they have been construed as representing Lawrence, their motion is GRANTED.

Furthermore, it appears that Lawrence was never properly served in this case. Therefore, it is ORDERED that the plaintiffs shall show cause in writing **on or before June 26, 2008**, why this action should not be dismissed without prejudice against Lawrence pursuant to Rule 4(m) of the Federal Rules of Civil Procedure.

DONE this 20th day of June, 2008.

                    /s/  W.  Keith Watkins
UNITED STATES DISTRICT JUDGE