IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| **EDDIE OGLETREE**, an individual; ) | |
| **GERALD STEPHENS**, an individual ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| vs. ) | CIVIL ACTION NO: |
| ) | 3:07-cv-867-WKW |
| **CITY OF AUBURN**, a municipality in The ) | |
| State of Alabama; **LARRY LANGLEY**, an ) | JURY TRIAL DEMANDED |
| individual; **LEE LAMAR**, an individual; ) | |
| **BILL HAM, Jr.**, an individual; **STEVEN** ) | |
| **A.REEVES**, an individual; **BILL JAMES**, ) | |
| an individual; **CHARLES M. DUGGAN**, ) | |
| an individual; and **CORTEZ LAWRENCE**,) | |
| an individual; ) | |
| ) | |
| **Defendants,** ) | |

### STIPULATION OF DISMISSAL FOR CORTEZ LAWRENCE

**COME NOW** the Plaintiffs, in the above styled cause of action, and stipulate to the dismissal of Cortez Lawrence in the above styled cause of action, without prejudice, costs taxed as paid.

Respectfully submitted,

/s/ Richard F. Horsley
Richard F. Horsley   HOR023
Attorney for Plaintiff

**OF COUNSEL:**
**KING, HORSLEY & LYONS**
**1 Metroplex Drive, Suite 280**
**Birmingham, Alabama 35209**
**(205) 871-1310**

## **CERTIFICATE OF SERVICE**

_____I hereby certify that I have served a copy of the above and foregoing Dismissal on all counsel of records listed below by placing a copy of same in the United States Mail, first class, postage pre-paid on this the 24th day of June, 2008.

**Randall Morgan, Esquire**
**Hill, Hill, Carter, Franco, Cole & Black PC**
**425 South Perry Street**
**Montgomery, Alabama 36104**

**William K. Hancock, Esquire**
**Adams & Reese, LLP**
**2100 Third Avenue North, Suite 1100**
**Birmingham, Alabama 35203**

_____/s/ Richard F. Horsley
**OF COUNSEL**