IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| EDDIE OGLETREE, *et al.*,   ) | |
| ) | |
|    Plaintiffs,   ) | |
| ) | |
| v.   ) | Case No. 3:07-cv-0867-WKW |
| ) | |
| CITY OF AUBURN, *et al.*,   ) | |
| ) | |
|    Defendants.   ) | |

## **ORDER**

Upon consideration of the plaintiffs' Motion for Leave to Amend the Complaint (Doc. # 64), it is ORDERED that the defendants show cause in writing **on or before July 1, 2008**, why the motion should not be granted.

DONE this 25th day of June, 2008.

                                     /s/  W.  Keith Watkins
                                   UNITED STATES DISTRICT JUDGE