IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

EDDIE OGLETREE, *et al.*,           )
                                    )
          Plaintiffs,               )
                                    )
     v.                             )        Case No. 3:07-cv-0867-WKW
                                    )
CITY OF AUBURN, *et al.*,           )
                                    )
          Defendants.               )

## **ORDER**

Upon consideration of the plaintiffs' Stipulation of Dismissal for Cortez Lawrence (Doc. # 68), it is ORDERED that the plaintiffs' claims against Defendant Cortez Lawrence are DISMISSED WITHOUT PREJUDICE and that Defendant Cortez Lawrence is DISMISSED as a party to this action.

DONE this 27th  day of June, 2008.

          /s/  W.  Keith Watkins
UNITED STATES DISTRICT JUDGE