IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| EDDIE OGLETREE, *et al.*, )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>CITY OF AUBURN, *et al.*, )<br>)<br>Defendants. ) | Case No. 3:07-cv-0867-WKW |

## **ORDER**

On June 25, 2008, the court ordered the defendants to show cause why the plaintiffs' Motion for Leave to Amend the Complaint (Doc. # 64) should not be granted. The defendants failed to respond to the court's order. Therefore, upon consideration of the plaintiffs' Motion for Leave to Amend the Complaint (Doc. # 64), and in light of the defendants having failed to object to it, it is ORDERED that the motion is GRANTED. The amended complaint (Doc. # 65) is deemed admitted as of the date of this order.

DONE this 9th day of July, 2008.

/s/  W.  Keith Watkins
UNITED STATES DISTRICT JUDGE