IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| EDDIE OGLETREE, an individual, ) <br> GERALD STEPHENS, an individual, ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> CITY OF AUBURN, a municipality in ) <br> The State of Alabama; LARRY LANGLEY, ) <br> an individual; LEE LAMAR, an individual; ) <br> BILL HAM, JR., an individual; ) <br> STEVEN A. REEVES, an individual; BILL ) <br> JAMES, an individual; CHARLES M. ) <br> DUGGAN, an individual; and CORTEZ ) <br> LAWRENCE, an individual, ) <br> ) <br> Defendants. ) | CASE NO: 3:07-cv-867-WKW |

## **SECTION 8 DISCLOSURES**

COME NOW the Defendants and in compliance with Section 8 of the Court's Uniform Scheduling Order, herewith disclose the identify of the following persons who may be used at trial to present evidence under Rule 701, Rule 702, Rule 703, or Rule 705 of the Federal Rules of Evidence:

    1. Defendants have no retained experts nor, employee whose duties regularly involve giving expert testimony.

    2. Defendants may use the following witnesses to present evidence at trial under Rule 701, Rule 702, Rule 703 and Rule 705 of the Federal Rules of Evidence:

        1. Chris W. Hornick, c/o CWH Research, Inc., Edgewood, Colorado.

        2. Steven A. Reeves, c/o City of Auburn, Auburn, Alabama.

        3. Lee Lamar, c/o City of Auburn, Auburn, Alabama.

1

    4.    Larry Langley, c/o City of Auburn, Auburn, Alabama.


/s/ *Randall Morgan*
RANDALL MORGAN [MORG8350]
Attorney for Defendants

OF COUNSEL:
**HILL, HILL, CARTER, FRANCO,**
    **COLE & BLACK, P.C.**
425 South Perry Street
Montgomery, Alabama 36104
334-834-7600

## CERTIFICATE OF SERVICE

I hereby certify that on this the 1st day of August, 2008, I have electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification to the following via email:

Richard F. Horseley, Esq.
King, Horsley & Lyons, LLC
1 Metroplex, Suite 280
Birmingham, Alabama 35209

William K. Hancock, Esq.
Adams & Reese, LLP
2100 Third Avenue North, Suite 1100
Birmingham, Alabama 35203


/s/ *Randall Morgan*
OF COUNSEL