IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| EDDIE OGLETREE, *et al.*, | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) Case No. 3:07cv867-WKW |
| | ) |
| CITY OF AUBURN, *et al.*, | ) |
| | ) |
| Defendants. | ) |

**ORDER**

Upon consideration of Plaintiffs' unopposed Motion to Extend Time for Face to Face Settlement Meeting (Doc. # 79), and for good cause shown, it is ORDERED that the motion is GRANTED to and including **September 16, 2008**.

DONE this 3rd day of September, 2008.

/s/  W. Keith Watkins
UNITED STATES DISTRICT JUDGE